981 A.2d 1285

COMMONWEALTH of Pennsylvania, Respondent

v.

Eric ROGERS, Petitioner.

No. 112 EM 2009.

Supreme Court of Pennsylvania.

Sept. 22, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of September, 2009, the Petition for Relief per Pa.R.A.P. 123 is **DENIED.**